**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RAMON MUNGIA, #1637142,** § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | **3:12-CV-3544-O-BK** |
| § | | |
| **UNIDENTIFIED DEFENDANTS at the** § | | |
| **Coffield Unit,** § | | |
| Defendants. § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge and **FINDS** that Plaintiff is barred by the three-strike provision of 28 U.S.C. § 1915(g) from proceeding with this action.

**SO ORDERED** on this **23rd day** of **October, 2012.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE